**James A. CALHOUN–EL, Plaintiff—Appellant,**

v.

**Gary MAYNARD, Secretary of Public Safety and Correctional Services; J. Michael Stouffer, Commissioner of Correction In His Official Capacity; Jon Galley, Assistance Commissioner of Correction In His Official Capacity; John A. Rowley, Formal Warden Sued in His Individual and Official Capaci-**

---

ty; Bobby Shearin, Warden Sued in His Individual and Official Capacity; Graham, Asst. Warden Sued in His Individual and Official Capacity; Wiley, Dietary Lieutenant Sued in Her Individual and Capacity; Nancy Williams, State Director of Religious Services Sued in Her Individual and Official Capacity; Whiteman, Sergeant Sued in His Individual Capacity; Johnson, Sergeant Sued in His Individual Capacity; Nastri, Hearing Officer of Record Sued in His Individual Capacity; Siers, Property Officer Sergeant Sued in His Individual Capacity; Kevin Lamp, Chaplin Sued in His Individual and Official Capacity; Bennett, Property Officer Sued in His Individual Capacity; Nave, Property Officer Sued in His Individual Capacity; Adams, Property Officer Sued in His Individual Capacity; Lamp, Officer Sued in His Individual Capacity; Richard Mawhinney, Officer Sued in His Individual Capacity; Dale Smith, Sued in His Individual and Official Capacity; Youngblood, Sergeant Sued in Her Individual Capacity; Harris, Sergeant Administrator Remedy Coordinator Sued in His Individual and Official Capacity; Doran, Officer Administrator Remedy Coordinator Sued in His Individual and Official Capacity; Isaias Tessema, Dr.; Colin Ottey, Dr.; Walker, Officer Sued in His Individual and Official Capacity; Curtis, Lieutenant Transportation Supervisor Sued in His Individual Capacity; G. Banks, Transportation Officer; Leydig, Sergeant Sued in His Individual Capacity; Johnson, Sergeant Hearing Officer Sued in His Individual Capacity; Davis, Hearing Officer Sued in His Individual Capacity; Correctional Medical Services, Inc.; Ellsworth, Lieutenant Sued in His Individual Capacity, Defendants—Appellees.

No. 10–6851.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 18, 2010.

Decided: Nov. 30, 2010.

James A. Calhoun–El, Appellant Pro Se. Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James A. Calhoun–El appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Calhoun–El v. Maynard*, No. 1:09–cv–02470–RDB, 2010 WL 2302366 (D. Md. June 4, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*